**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES,<br><br>               Plaintiffs,<br>      v.<br><br>LOPEZ CARMEN & CARLOS, dba CARMENS; CARMEN LOPEZ; CARLOS LOPEZ; GTF PROPERTIES, *et al.,*<br><br>               Defendants. | Case No. 06-CV-02102-JM(POR)<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY** |

Pursuant to the Notice of Voluntary Dismissal brought by plaintiffs (Docket No. 4),

IT IS HEREBY ORDERED that all defendants are dismissed with prejudice from plaintiffs' complaint; and plaintiffs' complaint is dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

DATED:   June 28, 2007.

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All Parties

06CV2102